JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVINDA WIJEWEERA, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>JP MORGAN CHASE & CO. and DOES 1 through 50 inclusive,<br><br>    Defendants. | Case No.: **CV-14-7133-RGK-SS**<br><br>*[Assigned for all purposes to the Honorable R. Gary Klausner]*<br><br>**[PROPOSED] ORDER TO SUBMIT CLAIMS TO BINDING ARBITRATION**<br><br>[Filed concurrently with Joint Stipulation to Submit Claims to Binding Arbitration]<br><br>Complaint Filed:  July 25, 2014<br>Removed:           September 9, 2014 |

/ / /

# [PROPOSED] ORDER

Having reviewed the Stipulation and [Proposed] Order to Submit Claims to Binding Arbitration, and for good cause shown, the Court hereby orders as follows:

1. Plaintiff's Complaint in this action shall be dismissed without prejudice, but the Court shall retain jurisdiction over this action to confirm, correct, vacate or enforce any arbitration award pursuant to applicable law;

2. All issues arising in connection with this action shall be submitted to binding arbitration pursuant to the Binding Arbitration Agreement;

3. The prevailing party may be awarded attorney's fees to the extent permitted by California law and consistent with the Arbitration Agreement;

4. Defendant shall bear all costs unique to arbitration, including the Arbitrator's fees; and

5. Arbitration shall be initiated by a joint request submitted to a mutually acceptable arbitrator (*i.e.* this stipulation) consistent with the terms of the Binding Arbitration Agreement.

**IT IS SO ORDERED.**

Dated: January 28, 2015

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

4841-1748-8673, v. 1